UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Alfredo Jiminez-Hernandez,<br><br>　　　　Defendant. | Case No. 3:25-mj-70731 MAG<br><br>Charging District's Case Number:<br><br>20-cr-00760 WQH |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of California San Diego. The defendant may need an interpreter for this language: Spanish.

The defendant is:

　　　　( ) will obtain an attorney.

　　　　(X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, Alfredo Jiminez-Hernandez, forthwith, together with a copy of this order, to the charging Southern District of California, San Diego and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 6/13/2025

_____
Honorable Thomas S. Hixson
United States Magistrate Judge